The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KERRY L. ERICKSON; MARC D. ERICKSON; MICHELLE M. LEAHY; RICHARD A. LEAHY; JOYCE E. MARQUARDT; and DOES 1-237;<br><br>Plaintiffs,<br>v.<br><br>MONSANTO COMPANY, a Delaware corporation; SOLUTIA, INC., a Delaware corporation; PHARMACIA LLC, a Delaware limited liability corporation, f/k/a Pharmacia Corporation; UNION HIGH SCHOOL DISTRICT NO. 402; SNOHOMISH HEALTH DISTRICT; and ROES 1-10;<br><br>Defendants. | No. 2:18-cv-01793 BJR<br><br>**ORDER EXTENDING DEADLINES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT AND DISCOVERY PLAN** |

THIS MATTER came on before this Court on the parties' Stipulated Motion to Extend Deadlines for Initial Disclosures and Joint Status Report and Discovery Plan. The Court having considered the motion, and finding good cause therefor, hereby GRANTS the stipulated motion and ORDERS the following extension of deadlines:

- Deadline for FRCP 26(f) Conference be set for two weeks after the Court rules on the motion to remand;

- Deadline for Initial Disclosures set for three weeks after the Court rules on the motion to remand;

- Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) set for four weeks after the Court rules on the motion to remand.

ORDER EXTENDING DEADLINES FOR INITIAL DISCLOSURES
AND JOINT STATUS REPORT AND DISCOVERY PLAN - 1
*Erickson, et al. v. Monsanto Company, et al.*, No. 2:18-cv-01793 BJR

FRIEDMAN | RUBIN PLLP
1126 HIGHLAND AVE
BREMERTON, WA 98337
(360) 782-4300

1 | DATED this 15th day of January, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

*Presented by:*

By: s/ Henry G. Jones
    Henry G. Jones, WSBA No. 45684
    **FRIEDMAN | RUBIN PLLP**
    1126 Highland Avenue
    Bremerton WA 98337
    Tel: (360) 782-4300 | Fax: (360) 782-4358
    Email: hjones@friedmanrubin.com

*Attorney for Plaintiffs*

By: s/ Jennifer L. Campbell
(authorization for signature received)
Jennifer L. Campbell, WSBA #31703
Email: jcampbell@schwabe.com
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Tel: (206) 622-1711 | Fax: (206) 292-0460

*Attorneys for Defendants Monsanto Company, Pharmacia LLC and Solutia Inc.*

By: s/ Christopher J. Kerley
(authorization for signature received)
Christopher J. Kerley, WSBA #16489
**EVANS, CRAVEN & LACKIE, P.S.**
818 W. Riverside, Suite 250
Spokane WA 99201
Tel: (509) 455-5200 | Fax: (509) 455-3632

*Attorneys for Defendant Snohomish Health District*

ORDER EXTENDING DEADLINES FOR INITIAL DISCLOSURES
AND JOINT STATUS REPORT AND DISCOVERY PLAN - 2
*Erickson, et al. v. Monsanto Company, et al.,* No. 2:18-cv-01793 BJR

FRIEDMAN | RUBIN PLLP
1126 HIGHLAND AVE
BREMERTON, WA 98337
(360) 782-4300